1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  THOMAS M. NEWMAN (NYBN 4256178)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Fax: (415) 436-7234
       E-Mail: thomas.newman2@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                            OAKLAND DIVISION
12
13 UNITED STATES OF AMERICA,         )   No. CR 13-082 KAW
                                     )
14      Plaintiff,                   )   STIPULATION TO CONTINUE
                                     )
15      v.                           )
                                     )
16 WILLIAM PARIS a.k.a. BUBBA PARIS, )
                                     )
17      Defendant.                   )
                                     )

18      1.   This matter is scheduled for a change of plea hearing on September 12, 2013.

19      2.   The parties have discussed resolving this matter, and are not prepared to proceed

20 with a change-of-plea hearing on September 12, 2013.

21      3.   As a separate matter, government counsel has a conflicting hearing on September

22 12, 2013, and so setting a trial date or change of plea on September 12, 2013, is not feasible.

23      4.   The government has provided significant discovery in this case, which the

24 defense continues to review.  In addition, the parties have met and conferred regarding the

25 discovery and the defendant requires additional time to review those materials .

26      For these reasons, IT IS STIPULATED AND AGREED that this matter be continued to

27 October 3 2013, at 9:30 am for a change of plea or trial setting and that time under the Speedy

28

CR 13-082 KAW

Trial Act be excluded from September 12, 2013, until that date pursuant to 18 U.S.C. § 3161(h)(7).

DATED: September 11, 2013                    Respectfully submitted,

                                             MELINDA HAAG
                                             United States Attorney

                                             _____/s/_____
                                             THOMAS M. NEWMAN
                                             Assistant United States Attorney
                                             Tax Division



                                             _____/s/_____
                                             CHRISTOPHER LAVORATO
                                             Attorney for defendant William Paris

CR 13-082 KAW

2


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13-082 KAW |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | |
| | ) | |
| WILLIAM PARIS a.k.a. BUBBA PARIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter Good cause appearing therefor, IT IS ORDERED that this matter be continued until October 3, 2013, at 9:30 am, and that time under the Speedy Trial Act be excluded until that date pursuant to 18 U.S.C. § 3161(h)(7).

DATED: September 11, 2013       _____
                                HON. KANDIS A. WESTMORE
                                United States Magistrate Judge

CR 13-082 KAW