1 | MELINDA HAAG (CABN 132612)
United States Attorney

2 

3 | J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 | THOMAS M. NEWMAN (NYBN 4256178)
Assistant United States Attorney

5 

6 | 450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: thomas.newman2@usdoj.gov

7 

8 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-13-082-KAW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| v. | ) |
| WILLIAM PARIS a.k.a. BUBBA PARIS, | ) |
| Defendant. | ) |

1. This matter is scheduled for sentencing on February 21, 2014.

2. Mr. Paris is currently in the process of finalizing arrangements to serve as a community service volunteer for an organization benefitting youth. The defense would like to accomplish this, among other items, in advance of submitting a sentencing memorandum, the submission of the pre-sentencing report and prior to sentencing.

3. As a result Mr. Paris is not prepared to proceed with sentencing on February 21, 2014.

4. The parties have met and conferred regarding Mr. Paris' continuing the sentencing and have agreed to continue the sentencing. Additionally, the parties have spoken with probation, who has no objection to continue the sentencing.

//

**STIPULATION TO CONTINUE**
**13-CR-082 (KAW)**                                       **1**

1  For these reasons, IT IS STIPULATED AND AGREED that this matter be continued to Tuesday
2  April 8, at 9:30 am for sentencing.

4  DATED: February 7, 2014                              Respectfully submitted,

                                                        MELINDA HAAG
                                                        United States Attorney

                                                              /s/ Thomas M. Newman
                                                        THOMAS M. NEWMAN
                                                        Assistant United States Attorney
                                                        Tax Division


                                                              /s/ Christopher Lavorato
                                                        Christopher Lavorato
                                                        Attorney for defendant William Paris


     Good cause appearing therefor, IT IS ORDERED that this matter be continued until April 8,
2014, at 9:30 am.


DATED: February  6 , 2014
                                                        ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
                                                        Kandis Westmore
                                                        HON. KANDIS A. WESTMORE
                                                        United States Magistrate Judge

**STIPULATION TO CONTINUE**
**13-CR-082 (KAW)**                                 **2**