JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
CHRISTOPHER LAVORATO (SBN 221034)
clavorato@cpmlegal.com
BRYAN PAYNE (SBN 272971)
ahamilton@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13-cr-00082-KAW-1 |
| Plaintiff, | **STIPULATION TO CONTINUE** |
| v. | |
| WILLIAM PARIS a.k.a. BUBBA PARIS, | |
| Defendant. | |

1. This matter is scheduled for sentencing on April 8, 2014.

2. The parties have met and conferred regarding Mr. Paris' continuing the sentencing and have agreed to continue the sentencing. The continuance will allow the Defendant more time to provide to the United States Probation Department certain documentation relevant to sentencing. The parties have spoken with probation, who has no objection to continue the sentencing.

For these reasons, IT IS STIPULATED AND AGREED that this matter be continued to Tuesday May 13, 2014, at 10:00 am for sentencing.

/ / /

/ / /

**STIPULATION TO CONTINUE**
**13-CR-082 (KAW)**

1  DATED: March 31, 2014                           Respectfully submitted,

2

3                                                  MELINDA HAAG
                                                   United States Attorney
4

5                                                  _____/s/ Thomas M. Newman_____
                                                   THOMAS M. NEWMAN
6                                                  Assistant United States Attorney
                                                   Tax Division
7

8

9                                                  _____/s/ Christopher Lavorato_____
                                                   Christopher Lavorato
10                                                 Attorney for defendant William Paris

11

12

13

14

15     Good cause appearing therefor, IT IS ORDERED that this matter be continued until May 13,

16  2014, at 10:00 am.

17

18  DATED: March  31 , 2014

19                                                 _____Kandis Westmore_____
                                                   HON. KANDIS A. WESTMORE
20                                                 United States Magistrate Judge

21

22

23

24

25

26

27

28

**STIPULATION TO CONTINUE**
**13-CR-082 (KAW)**