UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>WILLIAM H. PARIS, Jr.,<br>　　　　　Defendant. | Case No.  13-cr-00082-PJH-1<br><br>**ORDER AFFIRMING SENTENCE** |

　　　On September 24, 2014, the court held a hearing on the government's appeal of the sentence imposed on defendant William H. Paris, Jr., by a United States Magistrate Judge. Having carefully reviewed and considered the record, the relevant authority and the argument of counsel, the court affirms the sentence. For the reasons stated at the hearing, the court determines that there was no procedural error warranting remand for resentencing, and that the sentence is not substantively unreasonable in light of the totality of the circumstances. Accordingly, the sentence is AFFIRMED.

　　　**IT IS SO ORDERED.**

Dated: September 24, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge