JOSEPH W. COTCHETT (SBN 036324)
jcotchett@cpmlegal.com
CHRISTOPHER LAVORATO (SBN 221034)
clavorato@cpmlegal.com
BRYAN M. PAYNE (SBN 272971)
bpayne@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Defendant William H. Paris, Jr.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR 13-082 KAW |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY PROBATION** |
| v. | |
| WILLIAM H. PARIS JR. a.k.a BUBBA PARIS, | |
| Defendant. | |

Whereas, Defendant William Paris currently resides in the Eastern District of California;

Whereas, Defendant William Paris is currently supervised by the United States Probation Office, of the Eastern District of California;

Whereas, pursuant to Standard Condition of Supervision item no. 1, Mr. Paris may not leave the jurisdiction in which he is being supervised (Eastern District of California) without permission from his probation officer or Court order;

Whereas, Mr. Paris's employment, religious and medical needs require that he travel outside the Eastern District of California on a frequent basis;

///

///

///

The undersigned do hereby agree to and request that the Court enter the following stipulation:

1. Until further order of the Court, Defendant William Paris may travel outside the Eastern District of California within the Continental United States, for purposes of work, religious and/or medical obligations without the prior permission from his probation officer or Court order.

Respectfully submitted,

Dated: November 17, 2014

MELINDA HAAG
United States Attorney

/s/ Thomas Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

Dated: 11-18-14

COTCHETT, PITRE & McCARTHY, LLP

CHRISTOPHER LAVORATO
*Attorneys for Defendant William Paris*

Dated: 11-17-14

UNITED STATES PROBATION DEPARTMENT

LAURA WEIGEL
*United States Probation Officer*
*Eastern District of California*

IT IS SO ORDERED.

Dated: 11/18/14

HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION TO MODIFY PROBATION — 2